**1640-14**

# ELECTRONIC RECORD

COA # 14-14-00253-CR                    OFFENSE: Habeas Corpus

STYLE: Ex Parte Maria A. Martinez        COUNTY: Harris

COA DISPOSITION: Affirmed                TRIAL COURT: Co Crim Ct at Law No 11

DATE: November 13, 2014   Publish: Yes    TC CASE #:1943720


## IN THE COURT OF CRIMINAL APPEALS


STYLE: Ex Parte Maria A. Martinez

CCA # _____

_____ **APPELLANT'S**   Petition          CCA Disposition: **1640-14**
FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____ REFUSED _____                        JUDGE: _____

DATE: ___02/11/2015___                     SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___                    PUBLISH: _____   DNP: _____

----------------------------

**APPELLANT'S** _____ MOTION FOR

FOR REHEARING IN CCA IS: DENIED on 00/25/15

JUDGE: Per Curiam
JOHNSON WOULD GRANT

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 14-14-00253-CR
PD-1640-14

3/26/2015
MARTINEZ, EX PARTE MARIA A.   Tr. Ct. No. 1943720

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

14TH COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN, SUITE 245
HOUSTON, TX 77002-7006
* DELIVERED VIA E-MAIL *